# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING, | CASE NO. 1:05-CV-00976-REC-LJO-P |
| Plaintiff, | ORDER ADDRESSING STATUS REQUEST |
| v. | (Doc. 8) |
| JENNIFER JONES, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Lent N. King ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 18, 2006, plaintiff filed a request for the status of this action.  Plaintiff is referred to paragraph 12 of the First Informational Order, filed on September 16, 2005.

IT IS SO ORDERED.

**Dated:    February 16, 2006**            _____/s/ Lawrence J. O'Neill_____
b9ed48                          UNITED STATES MAGISTRATE JUDGE

1