# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING,<br><br>                    Plaintiff,<br><br>         v.<br><br>JENNIFER JONES, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:05-CV-00976-REC-LJO-P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 1) |

Plaintiff Lent N. King ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 29, 2005. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendants Jones, Terrell, Pear, Halsey, and Sumaya for denial of access to the courts, based on their failure to facilitate his appearance for a court proceeding.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

///

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's denial of access to the courts claim stemming from the inmate appeals process be dismissed for failure to state a claim upon which relief may be granted under section 1983, and defendants LaCrosse, Stockman, Anderson, Castell, Watson, and Grannis be dismissed from this action based on plaintiff's failure to state a claim upon which relief may be granted against them.

1

1. Service is appropriate for the following defendants:

    JENNIFER JONES, LITIGATION COORDINATOR (FORMER)

    P. TERRELL, CORRECTIONAL COUNSELOR II

    C/O PEAR

    C/O HALSEY

    SGT. SUMAYA

2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 29, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Six (6) copies of the endorsed complaint filed July 29, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 8, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE