# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING, | CASE NO. 1:05-CV-00976-OWW-LJO-P |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLY WITH |
| v. | COURT'S ORDER OF MAY 8, 2006 |
| JENNIFER JONES, et al., | (Docs. 13 and 15) |
| Defendants. / | |

Plaintiff Lent N. King ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2006, plaintiff filed a motion seeking an extension of time to file copies of his complaint, summonses, and USM-285 forms, in compliance with the court's order of May 8, 2006.

Plaintiff's motion is HEREBY GRANTED, and plaintiff has **thirty (30) days** from the date of service of this order within which to comply with the court's order of May 8, 2006.

IT IS SO ORDERED.

**Dated:   June 20, 2006**           /s/ Lawrence J. O'Neill
i0d3h8                                 UNITED STATES MAGISTRATE JUDGE

1