UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING, | 1:05-cv-00976-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| JENNIFER JONES, et al., | |
| Defendants. | |

Plaintiff Lent N. King ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 8, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 8, 2006, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's complaint, filed July 29, 2005, against defendants Jones, Terrell, Pear, Halsey, and Sumaya for denial of access to the courts based on their failure to facilitate his appearance for a court proceeding;

3. Plaintiff's denial of access to the courts claim stemming from the inmate appeals process is DISMISSED for failure to state a claim upon which relief may be granted under section 1983; and,

4. Defendants LaCrosse, Stockman, Anderson, Castell, Watson, and Grannis are DISMISSED from this action based on plaintiff's failure to state a claim upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated: June 27, 2006**                    /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE