1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  GREGORY GOMEZ, State Bar No. 242674
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-3866
8    Fax: (916) 324-5205

9  Attorneys for Defendants Jones, Terrell, Halsey and
   Sumaya
10 SA2006302952

11

12                 IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14                           FRESNO DIVISION

15
   **LENT N. KING,**                          NO. 1:05-CV-0976 OWW LJO P
16
                              Plaintiff,       **ORDER GRANTING**
17                                             **DEFENDANTS' FIRST**
               v.                              **MOTION FOR EXTENSION**
18                                             **OF TIME TO RESPOND TO**
   **JENNIFER JONES, et al.,**                 **PLAINTIFF'S COMPLAINT**
19
                              Defendants.      (Doc. 24)
20

21

22         Good cause appearing, Defendants Jones, Terrell, Halsey, and Sumaya are granted a

23 30-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's

24 complaint shall be due on or before Monday, October 30, 2006.

25

26 IT IS SO ORDERED.

27 **Dated:   September 29, 2006**          /s/ Lawrence J. O'Neill
   i0d3h8                                   UNITED STATES MAGISTRATE JUDGE
28

Order Granting Defendants' First Request for Extension of Time to Respond to Plaintiff's Complaint
                                             1