UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LENT N. KING, | ) | 1:05-CV-00976 OWW LJO P |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION |
| v. | ) ) | |
| JENNIFER JONES, et al., | ) | (DOCUMENT #35) |
| Defendants. | ) ) ) | |

On December 6, 2006, plaintiff filed a motion to extend time to file an opposition to defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an opposition to defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:   January 16, 2007**              /s/ Lawrence J. O'Neill
i0d3h8                                                       UNITED STATES MAGISTRATE JUDGE